IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLENN COLEMAN AND
ANGELA HANES,

    Plaintiffs,

vs.	CASE NO.: 5:05cv20-SPM/AK

SCHOOL BOARD OF WASHINGTON
COUNTY d/b/a VERNON HIGH SCHOOL
FOOTBALL STADIUM,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the parties' Notice of Settlement (doc. 35) and Northern District of Florida Local Rule 16.2(D), it is hereby

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of thirty days, during which time any party may move to reopen the case for good cause shown.

DONE AND ORDERED this 5th day of January, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge